IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUAN C. CALDERON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:25-cv-1153 |
| ) | |
| STATE OF CALIFORNIA, PRISON ) | |
| EMPLOYEES, STATE EMPLOYEES, ) | |
| and AUTHORITIES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on December 17, 2025, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 2.) In the Recommendation, the Magistrate Judge recommends that the Complaint should be dismissed without prejudice to Plaintiff filing a new complaint on the proper § 1983 forms. The Recommendation was served on Plaintiff December 17, 2025. (Doc. 3.) Plaintiff filed timely objections, (Doc. 4), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. Plaintiff's objections fail to address or correct the deficiencies noted by the Magistrate Judge. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new Complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of January, 2026.

/s/ William L. Osteen, Jr.
United States District Judge